IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| DOUGLAS J. BRICKLEY, TRUSTEE FOR THE CRYPTOMETRICS, INC. CREDITORS' TRUST <br><br> Plaintiffs <br><br> *Versus* <br><br> ROBERT T. BARRA; SUSAN BARRA; JOEL F. SHAW; MICHAEL A. VITALE; MICHAEL YAQUB; SUZAN Z. YAQUB; MICHAEL STOLZAR; KARLEN & STOLZAR, LLP; SCANTECH IDENTIFICATION BEAM SYSTEMS, LLC; SCANTECH SECURITY, LLC f/k/a IDENTIFICATION BEAM SYSTEMS, LLC; AND SCANTECH HOLDINGS, LLC <br><br> Defendants. | Case No. 13cv834 (OLG) |

## CONSENT TO CHANGE ATTORNEY

**IT IS HEREBY CONSENTED THAT**, the attorneys of McDonough Law, LLP is joining with the offices of Vouté, Lohrfink, Magro & McAndrew, LLP, located at 170 Hamilton Avenue, White Plains, New York 10601, as such be substituted as attorneys of record for the undersigned party in the above entitled action in place and instead of the undersigned attorneys as of January 1, 2014.

Dated: _White Plains_, New York
       _December 9_, 2013

Karlen & Stolzar, LLP

By: _____
    Michael I. Stolzar
445 Hamilton Avenue, Suite 1102
White Plains, New York 10602

McDonough Law, LLP

By: _____
    Edward G. Warren (EW-8573)
145 Huguenot Street, Suite 320
New Rochelle, New York 10801

1

State of New York        }
                         } s.s.:
County of Westchester    }

On the 9th day of December in the year 2013, before me personally came **Michael I. Stolzar** to me known, who, being by me duly sworn, did depose and say that he maintains office at **445 Hamilton Avenue, Suite 1102, White Plains, New York 10602**; that he is a representative of **Karlen & Stolzar, LLP**, the corporation described in and which executed the above instrument; and that he signed his name thereto by authority of the board of directors of said corporation.

_____
Notary Public

TIMOTHY P. KEBBE
Notary Public, State of New York
No. 2KE4973659
Qualified in Westchester County
Commission Expires October 29, 20__

2

## CERTIFICATE OF SERVICE

I certify that on December 11, 2012, a true and correct copy of the filed **CONSENT TO CHANGE ATTORNEY** was served on all participating parties of ECF via electronic mail and by first class mail on the following parties:

| | | |
|---|---|---|
| Mr. Joel F. Shaw | Mr. Michael Yaqub | Mrs. Suzan Z. Yaqub |
| 64 Hobin Street | 365 Bay Ridge Drive | 365 Bay Ridge Drive |
| P.O. Box 1761 | Daly City, California 94014 | Daly City, California 94014 |
| Stillsville, ONTK2S1G8 | | |
| Canada | | |

/s/ *Edward G. Warren*
**EDWARD G. WARREN**